O

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEAN-LOUIS RUBIN,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-08729-ODW (ASx)<br><br>**ORDER EXTENDING DEADLINE TO FILE OPPOSITION, REPLY, AND TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [33]** |

The Court, having considered the Stipulation to Extend Deadline to File Opposition, Reply, and Continue Hearing Date on Government's Motion for Summary Judgment, and declaration of Michael C. Cohen in support thereof, hereby finds good cause and **GRANTS** the parties' request.

Accordingly, it is **ORDERED** that (1) the hearing on Plaintiff's Motion for Summary Judgment is continued to Monday, August 19, 2019, at 1:30 p.m.; (2) the Defendant's Opposition to the Motion is due on July 22, 2019; and (3) Plaintiff's Reply to Defendant's Opposition is due August 5, 2019.

**IT IS SO ORDERED.**

July 9, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**