**JS-6**
O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-08729-ODW (ASx) |
| Plaintiff, | **Judgment [33]** |
| v. | |
| JEAN-LOUIS RUBIN, | |
| Defendant. | |

1

| | |
|---|---|
| 1 | The Court, having read and considered the parties' Stipulation for Entry of |
| 2 | Judgment (Stipulation, ECF No. 46) filed on November 18, 2019, |
| 3 | **ORDERS, ADJUDGES, AND DECREES** that as of December 9, 2015, |
| 4 | defendant Jean-Louis Rubin is personally indebted to the United States of America for |
| 5 | unpaid Report of Foreign Bank and Financial Accounts (FBAR) penalty assessments for |
| 6 | the 2006, 2007, and 2008 calendar years in the amount of $335,645.00, as well as |
| 7 | penalties for late payment under 31 U.S.C. § 3717(e)(2) and interest from the date of |
| 8 | assessment to the date of full payment. Accordingly, Petitioner's Motion for Summary |
| 9 | Judgment is **DENIED** as Moot. (ECF No. 33.) |

Dated: November 19, 2019

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE